In the Matter of Steven Jay ROTH.

No. 389 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Feb. 10, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 10th day of February, 1998, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated December 9, 1997, are approved and IT IS ORDERED that STEVEN JAY ROTH, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

M. Diane KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, in Her Capacity as Liquidator of Summit National Life Insurance Company and EBL Life Insurance Company,

v.

KPMG PEAT MARWICK, L.L.P.

Appeal of Trujillo, Rodriguez & Richards, L.L.P.

No. 72 Middle District Appeal Docket 1999.

Supreme Court of Pennsylvania.

July 22, 1999.

JURISDICTIONAL REVIEW.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of July 1999, the application for leave to file supplemental brief in opposition to jurisdictional statement is granted; the direct appeal is quashed.